IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-5032-01-CR-SW-GAF |
| | ) | |
| WESLEY COMBES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Dismiss Indictment (Doc. #18). United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. #23) on June 8, 2010. Defendant's Exceptions to the Report and Recommendations (Doc. #24) was filed on June 24, 2010.

Upon careful and independent review of the pending motion and suggestions in support thereof, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Indictment (Doc. #18) is OVERRULED and DENIED.

SO ORDERED.

                                                                                             s/ Gary A. Fenner
                                                                                             Gary A. Fenner, Judge
                                                                                             United States District Court

DATED: June 29, 2010